**MARYLAND CASUALTY COMPANY v. UNITED STATES of America, for Use and Benefit of E. M. MILLER, Trustee, et al.**

No. 6376.

Circuit Court of Appeals, Sixth Circuit.

Jan. 10, 1933.

Miller, Miller & Martin, of Johnson City, Tenn., for appellant.

1010

Lem L. Reece, of Elizabethton, Tenn., and Simmonds & Bowman, of Johnson City, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.